# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

KENNETH SAUNDERS　　　　Plaintiff(s)
5667 W. Fulton
Chicago, Illinois 60644

v.

MOTOROLA Inc.　　　　Defendant(s)
1475 Shure Drive
Arlington Heights, Illinois

07CV1183
JUDGE ANDERSEN
MAG. JUDGE DENLOW

**FILED**
MAR - 1 2007
03-01-07
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## COMPLAINT

Federal Court has jurisdiction over this case because I was Raped and assaulted by Motorola employees and agencies working for Motorola in the states of Illinois, Nevada, and California. Defendant Motorola is responsible for an assault on the southwest airplane while in flight from Nevada to Illinois. Motorola is liable and resposible for attempt of murder by saboatage on my car. Motorola liable for creating an anxiety condition I have from Motorola being responsible for multiple Rapes committed against me and several sexual acts for the purpose of intimidation and slander. Motorola is responsible for me contracting chlamydia and a seperate time of scratches on my penis from multiple Rapes, assaults, and lewd sex acts against my will. Motorola conspired to deny me civil and constitutional Rights of a fair trial and intimidation of local court baliffs against me. Also slandering me and preventing me from finding work until 2004. Persons responsible for a fire at a building I was in were also people acquired by Motorola to be Insurance investigaters for Motorola. I am seeking Relief of Pain and suffering, Mental cruelty and Damages of four Hundred million dollars $400,000,000.00.

Kenneth Saunders  3/1/2007